SLOAN & CO. *v.* UNITED STATES

**No. 7081.**—Invoice dated London, England, February 1945.
Certified February 1945.
Entered at New York, N. Y., March 6, 1945.
Entry No. 723416.

(Decided March 25, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

I. C. HARRIS *v.* UNITED STATES

**No. 7082.**—Invoices dated London, England, May 16, 1945, etc.
Entered at Detroit, Mich., July 3, 1945, etc.
Entry Nos. 87; 97.

(Decided March 25, 1947)

Plaintiff not represented by counsel.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.